**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

KEVIN KLINE

VERSUS

COMBUSTION EMISSIONS
REDUCTIONS TECHNOLOGIES, ET AL.

CIVIL ACTION

16-870-SDD-EWD

**RULING**

**CONSIDERING** Plaintiff's *Motion for Reconsideration*[1] of the Court's March 30, 2017 *Ruling*,[2] the *Motion for Reconsideration*[3] is granted and the *Rulings*[4] are hereby VACATED. Plaintiff's *Opposition* memorandum to Defendant's *Motions*[5] are accepted, and the Defendants shall have fourteen (14) days from the date of this *Order* to file a *Reply* not to exceed five (5) pages. The Court admonishes counsel for Plaintiff that the deadlines established by the *Scheduling Order* and the Local Rules of Court are to be strictly adhered to;[6] however, as the Court's consideration of Plaintiff's *Opposition* will not prejudice the Defendants, the Court will not punish the Plaintiff for his counsel's untimeliness.

Signed in Baton Rouge, Louisiana on May 17, 2017.

*[signature]*

**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 31. Defendants filed an *Opposition* to this motion. Rec. Doc. No. 34.
[2] Rec. Doc. No. 28.
[3] Rec. Doc. No. 31. Defendants filed an *Opposition* to this motion. Rec. Doc. No. 34.
[4] Rec. Doc. Nos. 27 & 28.
[5] Rec. Doc. Nos. 7 & 17.
[6] Counsel should take notice that the explanation for untimeliness – "internal confusion regarding who would prepare and file the opposition to the defendant's motions" (Rec. Doc. No. 33-3, p. 2) - will not be accepted in the future.

Document Number: 39150